UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION,                                          )
                                                               )          Case No. 25-cv-10575
        Plaintiff,                                        )
                                                               )
and LAVANCHE MORGAN-BETHAY   )
                                                               )
        Plaintiff-Intervenor,                       )
                                                               )
        v.                                                    )          Hon. Mark A. Goldsmith
                                                               )          Mag. J. Elizabeth Stafford
                                                               )
TEAMLYDERS, LLC, D/B/A                     )
TACO BELL, SUNDANCE, INC.,              )
D/B/A TACO BELL, BLACK                      )
RIVER BELLS, LLC,                               )
TEAMLYDERS PAYROLL, INC.,             )
OLD WEST PROPERTIES, L.L.C.,           )
LONESOME HIGHWAY, INC.,                 )
                                                               )
        Defendants.                                     )
_____

**STIPULATED DISMISSAL WITHOUT PREJUDICE AS TO
DEFENDANTS LONESOME HIGHWAY, INC., TEAMLYDERS
PAYROLL, INC., OLD WEST PROPERTIES, L.L.C. AND TEAMLYDERS,
LLC**

Pursuant to Rule 41(a)(1)(A)(ii) and Rule 41(c) of the Federal

Rules of Civil Procedure, the parties being in agreement and

wishing to streamline the efficiency of this litigation, and based on

the Stipulations of Fact signed concurrent to this dismissal, Plaintiff

and Intervening Plaintiff hereby dismiss without prejudice all claims

against Lonesome Highway, Inc., Old West Properties, L.L.C.,

Teamlyders Payroll, Inc., and Teamlyders, LLC.


**U.S. EQUAL EMPLOYMENT**
**OPPORTUNITY COMMISSION**                    **FISHER & PHILLIPS LLP**

By:   _/s/ Miles L. Uhlar_____              By: _/s/ Kevin Simon (w/ permission)
Miles L. Uhlar (P65008)                        Kevin S. Simon (IL Bar No. 6211929)
Trial Attorney                                 **FISHER PHILLIPS LLP**
U.S. EQUAL EMPLOYMENT                           10 S. Wacker Drive, Suite 3450
OPPORTUNITY COMMISSION                          Chicago, Illinois 60606
477 Michigan Ave., Room 865                     Telephone: (312) 346-8061
Detroit, Michigan 48226                         ksimon@fisherphillips.com
Telephone: (313) 774-0015
miles.uhlar@eeoc.gov

*COUNSEL FOR PLAINTIFF*                          *COUNSEL FOR DEFENDANTS*


**SALVATORE PRESCOTT**
**PORTER & PORTER, PLLC**

By:   _/s/_David L. Fegley (w/permission)
David L. Fegley (P85275)
105 East Main Street
Northville, MI 48167
Telephone: (248) 679-8711
Fegley@sppplaw.com

*COUNSEL FOR INTERVENING*
*PLAINTIFF*


Date:  November 21, 2025